UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW MUNGER, | CASE NO. C19-0012JLR |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | WITHOUT PREJUDICE |
| SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

On July 3, 2019, the court denied Plaintiff Matthew Munger's motion for a default judgment, vacated a prior order of default, and ordered Mr. Munger to show cause why his action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). (*See* Order (Dkt. # 11)); *see also* Fed. R. Civ. P. 4(m). On July 12, 2019, Mr. Munger timely filed a response to the court's order to show cause, stating that he "has no objection to the dismissal of this present matter without prejudice." (*See*

*//*

Resp. (Dkt. # 12) at 1.)  Accordingly, the court hereby DISMISSES this action

WITHOUT PREJUDICE.

Dated this 15th day of July, 2019.

JAMES L. ROBART
United States District Judge